UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE DAVIS,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>TASHEENA COOKE, Warden; CSS Caseworker DUGON; Correctional Officer NICKLES; Correctional Officer ANDREW; Correctional Officer GARCIA,<br><br>　　　　　　　　　　Defendants. | Case No. 3:22-cv-00473-ART-CLB<br><br>ORDER |

Plaintiff Terrance Davis ("Davis"), an inmate in the custody of the Nevada Department of Corrections, filed an amended complaint *pro se* under 42 U.S.C. § 1983. (ECF No. 21.) The Court's screening order describes the claims in the complaint that survive screening. (ECF No. 23.) Davis filed a motion for appointment of counsel on November 15, 2022 (ECF No. 7), and on November 18, 2022, the Court granted Davis's motion for appointment of counsel and referred this case to the Pro Bono Program (ECF No. 13).[1]

Margaret G. Foley, Esq., of Foley Law Center, entered a Notice of Appearance on behalf of Davis on June 5, 2023. (ECF No. 27.) Margaret G. Foley, Esq. is hereby appointed as counsel for Davis. The scope of appointment will be for all purposes through the conclusion of trial, but does not extend to the appeal, if any, of a final decision, which shall be the responsibility of Davis. Accordingly,

**IT IS HEREBY ORDERED** that Margaret G. Foley, Esq., of Foley Law Center, is hereby appointed as pro bono counsel for Plaintiff pursuant to the

---

[1] After the Court granted Davis's motion for appointment of counsel, but before counsel had appeared, Davis filed a second motion for appointment of counsel (ECF No. 15), which the Court denied as moot in its screening order for Davis's amended complaint (ECF No. 23).

1

Program.

**IT IS FURTHER ORDERED** that appointed counsel may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

**IT IS FURTHER ORDERED** that Margaret G. Foley, Esq., and Foley Law Center shall not be charged fees for use of the Court's electronic filing system in this matter for the duration of the appointment.

**IT IS FURTHER ORDERED** that within fourteen (14) days after completion of legal services, Margaret G. Foley, Esq. shall submit a Notice of Completion Form to the Pro Bono Liaison.

**IT IS FURTHER ORDERED** that in conjunction with this appointment of counsel, the Office of the Attorney General and shall make available to appointed counsel, all of Plaintiff's medical records and I-file as determined necessary by appointed counsel.

DATED THIS 13th day of June 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE