AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364C)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9245 (phone)
(702) 486-3773 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Interest Party*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>TASHEENA COOKE, *et al.*,<br><br>    Defendants. | Case No. 3:22-cv-00473-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE EARLY MEDIATION CONFERENCE TO AUGUST 25, 2023** |

    Defendants, Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Margaret G. Foley, Counsel for Plaintiff hereby submit their stipulation and agreement to continue the Early Mediation Conference to August 25, 2023 and respectfully request that the Court continue the Early Mediation Conference (EMC). The Parties' request is supported by good cause.

    District courts have the inherent power to control their dockets. *Thompson v. Hous. Auth. of City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). Good cause to continue the Early Mediation Conference exists. When counsel for both Plaintiff and Defendants spoke during their meet and confer on June 21, 2023, as required by the Order Setting Inmate Early Mediation Conference (ECF No. 25), counsel for Plaintiff was unaware that Plaintiff

has three (3) other cases[1] and the EMC scheduled for July 11, 2023 was a quadruple EMC for purposes of a global settlement. Plaintiff's counsel expressed that she would look into the possibility of representing Plaintiff in the other three cases for purposes of the EMC only. Defendants' counsel is more than happy to continue the quadruple EMC out, with the idea that a global settlement may be reached.

Both counsels have emailed Ms. Ashlyn Bye to inquire on a potential new (and earliest) date for a global EMC, and parties have agreed to August 25, 2023 at 8:30am. Based on the foregoing, the Parties submit that good cause exists to grant the requested continuance and that the EMC be continued to **Friday, August 25, 2023 at 8:30am.**

DATED this 22nd day of June, 2023

AARON D. FORD
Attorney General

*/s/ Victoria C. Corey*
VICTORIA C. COREY (Bar No. 16364C)
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

*Attorneys for Defendant*

DATED this 22nd day of June, 2023

*/s/ Margaret G. Foley*
MARGARET G. FOLEY (Bar No. 7703)
601 S. Rancho Dr., Ste. A-1
Las Vegas, Nevada 89106

*Attorney for Plaintiff*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE
DATED: June 23, 2023

---

[1] *Davis v. C/O Little et al.,* USDC 3:23-cv-00033-RCJ-CLB; *Davis v.* Underwood et al., USDC 3:23-cv-00003-ART-CLB; and *Davis v. Gonzalaz et al.,* USDC 3:22-cv-00188-RCJ-CLB