1

2 MARGARET G. FOLEY
NEVADA BAR NO. 7703
3 FOLEY LAW CENTER
601 S. RANCHO DRIVE, SUITE A-1
4 LAS VEGAS, NEVADA 89106
Telephone: (702) 569-2054
5 Facsimile: (702) 380-4035
Mgfoley05@gmail.com
6 *Pro Bono Attorney for Plaintiff Terrance Davis*

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9

10

11 TERRANCE DAVIS,                          CASE NO.:  3:22-cv-00473-ART-CLB

12                    Plaintiff,

13 v.                                       **ORDER GRANTING STIPULATION
                                           TO CONTINUE EARLY
14                                          MEDIATION CONFERENCE FOR
TASHEENA COOKE, Warden; CSS Caseworker      THIRTY DAYS**
15 DUGON; Correctional Officer NICKLES;
Correctional Officer ANDREW; and Correctional
16 Officer GARCIA

17                    Defendants.

18

19

20 _____

21        The parties to this matter, appearing through their respective counsel, Aaron D. Ford,

22 Nevada Attorney General, and Jessica E. Brown, Deputy Attorney General, of the State of

23 Nevada, Office of the Attorney General, counsel for Defendants and Interested Party Nevada

24 Department of Corrections, and Margaret G. Foley, Counsel for Plaintiff, hereby submit their

25 stipulation and agreement to continue the Early Mediation Conference ("EMC") currently

26 scheduled for November 7, 2023, and respectfully request that the Court continue the Early

27

28

Mediation Conference for thirty (30) days while the Parties continue to pursue settlement of this matter. The Parties' request is supported by good cause.

District courts have the inherent power to control their dockets. *Thompson v. Hous. Auth. of City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). Good cause to continue the Early Mediation Conference exists, as the Parties are continuing to discuss settlement of this case, along with settlement of the three other cases in which Plaintiff is appearing *pro se*.[1]  The Parties have made good progress towards a global settlement of the four cases and believe their productive settlement dialogue will benefit from a continuance of the second session of the EMC now scheduled for November 7, 2023.

The parties further agree to contact Ms. Ashlyn Bye for a new date for the second session of the EMC to be scheduled on the Court's calendar for thirty (30) days following November 7, or as soon thereafter ass the continued EMC may be scheduled.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The three other cases that are part of the EMC are *Davis v. C/O Little et al.,* USDC 3:23-cv-00033-RCJ-CLB; *Davis v. Underwood et al.,* USDC 3:23-cv-00003-ART-CLB; and *Davis v. Gonzalaz et al.,* USDC 3:22-cv-00188-RCJ-CLB.

1

2          Based on the foregoing, the Parties submit that good cause exists to grant the requested

3    continuance and that the EMC be continued for thirty (30) days from November 7, 2023.

4

5    DATED this 23rd day of October, 2023          DATED this 23rd day of October, 2023

6    AARON D. FORD
     Attorney General
7

8    */s/ Jessica E. Brown*                        */s/ Margaret G. Foley*

9    JESSICA E. BROWN (Bar No. 14487)              MARGARET G. FOLEY (Bar No. 7703)
     555 E. Washington Avenue, Suite 3900          601 S. Rancho Dr., Ste. A-1
10   Las Vegas, Nevada 89101                       Las Vegas, Nevada 89106

11   *Attorneys for Defendant*                     *Attorney for Plaintiff*

12

13

14

15                          **IT IS SO ORDERED:**

16

17   _____

18                 UNITED STATES MAGISTRATE JUDGE

19   DATED: October 24, 2023_____

20

21

22

23

24

25

26

27                                  3